Charles Susnitsky, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Mary Weiss, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Rudolph Wohlidka, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Jay A. Levey, Respondent, v. Consolidated Gas Company of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Rudolph Schreiber, Appellant, v. Frederick Ohmeis, Respondent, Impleaded with Katie Ohmeis, His Wife, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Stone Valley Distilling Company, Appellant, v. Stephan Palkovice, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isaac Phillips and Manning Phillips, Appellants, v. The United States Fidelity and Guaranty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Germania Life Insurance Company, Respondent, v. John G. R. Lilliendahl and Others, Impleaded with Maria A. Donnegan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.